UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RICHARD McKEE, | No. C 09-3996 SI (pr) |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| BENNIE TAYLOR; et al., | |
| Defendants. | |

On August 22, 2013, defendants filed a motion to dismiss this long-stayed action for failure to prosecute. The court now sets the following briefing schedule on that motion: Plaintiff must file and serve his opposition to that motion no later than **September 27, 2013**. Failure to oppose the motion may result in the dismissal of this action. Defendants must file and serve their reply brief (if any) in support of their motion to dismiss no later than **October 11, 2013**.

The clerk shall mail a copy of this order to plaintiff at (1) the Alameda County Jail and (2) 1879 Palou Avenue, San Francisco, CA 94124.

IT IS SO ORDERED.

Dated: September 4, 2013

_____
SUSAN ILLSTON
United States District Judge