UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RICHARD McKEE, | No. C 09-3996 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BENNIE TAYLOR; et al., | |
| Defendants. | |

This action is dismissed with prejudice for failure to prosecute.

IT IS SO ORDERED AND ADJUDGED.

Dated: December 3, 2013

_____
SUSAN ILLSTON
United States District Judge